# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IAN STEWART,            : | |
|                 **Plaintiff,**   : | |
|                         : | |
|     v.               : | Civ. No. 22-1379 |
|                         : | |
| **CODY L. WADE, et al.**    : | |
|                 **Defendant.**   : | |

## **O R D E R**

**AND NOW**, this 3rd day of January, 2025, it is hereby **ORDERED** that:

1. Judgment is **ENTERED** in **FAVOR** of Defendants Sara McMullen, Clinton Probst, and Damien Mscisz, and **AGAINST** Plaintiff Ian Stewart.

2. The Parties' oral motions made at trial are **DENIED as moot.**

3. The **CLERK OF COURT** shall **CLOSE** this case.

                                                    **AND IT IS SO ORDERED.**

                                                  */s/ Paul S. Diamond*
                                                  Paul S. Diamond, J.